

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00579-CR

Rudy Rene **CAMACHO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7305
Honorable Jennifer Pena, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 5, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice